FILED

MAR 2 0 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA, | **I N D I C T M E N T** |
|---|---|
| Plaintiff, | ▶ COUNT 1: 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A): Possession with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing Methamphetamine; |
| v. | |
| RAUL VALDEZ, | |
| Defendant, | ▶ COUNT 2: 18 U.S.C. § 924(c)(1)(A) - Possession of a Firearm in Furtherance of a Drug Trafficking Offense.] |



SA19CR0195 FB

**THE GRAND JURY CHARGES:**

### COUNT ONE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)]

That on or about March 5, 2019, in the Western District of Texas, Defendant,

**RAUL VALDEZ**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved which offense involved 500 grams or more of a Mixture or Substance Containing a Detectable Quantity of Methamphetamine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT TWO
### [18 U.S.C. § 924(c)(1)(A)]

On or about the March 5, 2019, in the Western District of Texas the defendant,

**RAUL VALDEZ**

did knowingly possess a firearm, namely a Springfield 9mm handgun. Serial number

XD805987, in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute 500 grams or more of a Mixture or Substance Containing a Detectable Quantity of Methamphetamine, as alleged in Count One of this indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL,



FOREPERSON OF GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

By: _____
SAM L. PONDER
Assistant United States Attorney